**Order entered November 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00799-CV**

### STRATA BV SWD, LLC, BVCITI, LP; BVCITI GP, LLC; BV PARTNERS, LP; BV PARTNERS GP, LLC; THOMAS A LEISER; PRYOR BLACKWELL; AND CHARLES A. ANDERSON, Appellants

**V.**

### MARATHON OIL COMPANY, Appellee

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-14153**

## ORDER

On August 28, 2019, appellants submitted to this Court a second unopposed motion to extend time to file their brief on the merits, explaining the parties were scheduled to mediate on October 14, 2019. This Court granted appellants' request and ordered appellants to file their opening brief or a motion to dismiss the appeal no later than November 4, 2019. To date, this Court has not received appellants' brief or a motion to dismiss the appeal.

To ensure this accelerated appeal is timely determined, we **ORDER** appellants to file, no later than November 25, 2019, either their opening brief or a motion to dismiss the appeal. We caution appellants that failure to do so may result in their appeal being dismissed without further notice. *See* TEX. R. APP. P. 38.8(a)(1); TEX. R. APP. P. 42.3(b),(c).

/s/    BILL WHITEHILL
       JUSTICE